IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| **DOMUS BWW FUNDING, LLC and** | : | Bky. No. 22-11162(ELF) |
| **1801 ADMIN, LLC** | : | |
| | : | JOINTLY ADMINISTERED |
| **Debtors** | : | |
| | : | |

[As Filed with Supreme Court of the State of New York: Appellate Division: First Department]
Signed Stipulation to Withdraw Application to Strike (M#683)

KARALIS PC
Aris J. Karalis, Esquire
1900 Spruce Street
Philadelphia, PA 19103
(215) 546-4500

*Counsel to the Debtors*

Date:   February 24, 2023

SUPREME COURT OF THE STATE OF NEW
YORK APPELLATE DIVISION: FIRST
DEPARTMENT
-------------------------------------------------------X

47 EAST 34TH STREET (NY) L.P.,

                Plaintiff,

v.

BRIDGESTREET WORLDWIDE, INC., *et al.*,

                Defendants.

-------------------------------------------------------X

Case No. 2022-01819

N.Y. County Clerk's
Index No. 653057/2018

**STIPULATION TO
WITHDRAW
APPLICATION TO
STRIKE (M#683)**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the respective parties as follows:

1.    The motion styled *Application for an Order Striking All or a Portion of Appellants' Briefs* (motion number 2023-00683) is hereby withdrawn with prejudice; and

2.    No further briefing on such motion is required.

160948080.2

Dated: New York, New York
February 24, 2023

RESSLER & RESSLER

By: *Ellen R. Werther*
Ellen R. Werther
48 Wall Street
New York, NY 10005
(212) 695-6446
ewerther@resslerlaw.com

*Attorneys for 47 East 34th Street (NY) L.P.*


GELBER & SANTILLO PLLC

By: _____
R. Zachary Gelber
52 Duane Street, 7th Floor
New York, NY 10007
(212) 227-4743
zgelber@gelbersantillo.com

*Attorneys for Domus BWW Funding, LLC*

PERKINS COIE LLP

By: _____
David W.T. Daniels
700 Thirteenth Street, N.W., Suite 800
Washington, D.C. 20005-3960
(202) 654-6200
ddaniels@perkinscoie.com

-and-

Jacob J. Taber
Hellen Park
1155 Avenue of the Americas, 22nd Floor
New York, New York 10036-2711
(212) 262-6900
jtaber@perkinscoie.com
hpark@perkinscoie.com

*Attorneys for 1801 Admin, LLC, f/k/a Versa Capital Management, LLC*

2

160948080.2